IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v,<br>PERCIO ANTONIO REYNOSO<br>Petitioner. | Criminal Action No.04-513ML<br><br>Assigned to the Honorable<br>Mary M. Lisi.<br>USDJ |

PETITIONER SUPPLEMENT TO HIS 2255 PENDING MOTION

Petitioner Supplement to his § 2255 Motion- in light of Dodd Petitioner has a pending § 2255 Motion in this court. Petitioner begs the court to allow him to Supplement the said motion in wake of the recently decided Supreme Court Mandate in Dodd vs. United States, U.S.Supreme Court (June 2005).

In Dodd, the United States Supreme Court authorizes the lower courts, like this court that has jurisdiction over the instant § 2255 motion, to make its (Supreme Court)decision in Blakely and Booker retrospectively.

In the wake of this Supreme Court's ruling, this petitioner implores this court, in the interest of Justice, to make the decision of Blakely And Booker retroactive to his case.

Respectfully Submitted

Percio Antonio Reynoso
Reg. No. 04986-070