RECEIVED
MAR 17 2006
Clerk of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PERCIO A. REYNOSO** | § | |
| **VS.** | § | **CASE NO: 04-513(ML)** |
| **UNITED STATES OF AMERICA** | § | |

**LETTER/MOTION IN REFERENCE TO ABOVE CASE**

**The above named, PERCIO A REYNOSO, (PETITIONER), PRO-SE,** filed a motion **pursuant to 28 U.S.C. §2255** in your honorable court on **December 6th, 2004,** to vacate, set aside or correct sentence. As of writing, this Petitioner has yet to hear anything from this honorable court in regards to the filed motion.

Calling the attention of this honorable court to the fact that this court ordered the government to show cause on this motion of which the government complied and filed it on **February 4th, 2005.** This Petitioner filed a Rebuttal to the government's response on **March 29th, 2005** of which the court received on **April 4th, 2005. Petitioner** supplement his motion which was filed in this court sometime last year.

Without doubt, this Petitioner is with the understanding that this honorable court is piled with motions and other courts duty, but this Petitioner begs and implores this honorable court to please, in the ineterest of justice, to inform him as to whether the case **(04-513(ML))** has been decided, awaiting consideration, or the present state of the motion.

Petitioner **PERCIO A. REYNOSO prays that this honorable court does not forget him in its business.**

Petitioner **PERCIO A. REYNOSO prays and implores this honorable court to consider his 2255 motion on merit and beg the honorable court to decide/rule in his favor.**

**Respectfully submitted**

Percio A Reynoso 3/13/06
**PERCIO A. REYNOSO**