UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
PROVIDENCE, RHODE ISLAND

| | | |
|---|---|---|
| PERCIO ANTONIO REYNOSO | ) | |
| | ) | |
| | ) | |
| V. | ) | C.A. No. 04-513ML |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

# MOTION TO ISSUE CERTIFICATE OF APPEALABILITY

To the Honorable Judge of said court:

Come now Percio Antonio Reynoso, petitioner in the above styled and numbered cause and files this motion requesting that this court issue Certificate of Appealability to enable him to appeal the denial of his motion to Vacate, Set Aside or Correct sentence pursuant to 28 U.S.C. Sec. 2255, and would show as follow:

I

The District Court denied Reynoso's motion to Vacate, Set Aside, or Correct sentence pursuant to 28 U.S.C. Sec. 2255 on July 25, 2006.

II

Petitioner, Percio Antonio Reynoso now request the issuance of a Certificate of Appealability (C.O.A.) On the following issue:

1. Whether the District Court erred in denying Reynoso's Ineffective Assistance of Counsel Claim.
2. Whether Reynoso's trial counsel rendered Ineffective assistance.

3. Whether the Two-Level enhancement of Reynoso's sentence violated his Due Process and Six Amendment Rights-where the facts on which it was based were not determinated by the jury in light of the Supreme Court's decision in the case of Blakely V. Washington, 542 U.S. 296, 124 S. ct. 2531 (2004) And United States V. Booker, 543 U.S. 220, 125 S. ct. 738 (2005).

4. Whether Reynoso's sentence enhancement application pursuant to U.S.S.G. Sec. 3C1.1 was Constitutional in light of the Supreme Courts decision in United States V. Booker, 543 U.S. 220, 125 S. ct. 738 (2005).

5. Whether the District Court erred in holding that Reynoso's sentencing enhancement was properly applied.

Respectfully Submitted,

Percio Antonio Reynoso
Reg. No. 04986-070
805 North Ave F
Post, Texas 79356.

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of this motion to issue Certificate of Appealability to Kenneth P. Madden, Assistant United States Attorney, 50 Kennedy Plaza, Providence Rhode Island 02903-1779 by United States mail, first class pre-paid postage on August 3, 2006

Tercio Antonio Reynoso
Reg. No. 04986-070
805 North Ave F
Post, Texas 79356.