**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF RHODE ISLAND
PROVIDENCE , RHODE ISLAND

| | | |
|---|---|---|
| PERCIO ANTONIO REYNOSO<br>Appellant, | ) | |
| | ) | |
| V. | ) | C.A. No. 04-513ML |
| | ) | |
| UNITED STATES OF AMERICA<br>Appellee, | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Percio Antonio Reynoso, appellant in the above styled action, hereby appeal to THE UNITED STATES COURT OF APPEAL FOR THE FIRST CIRCUIT the final judgement entered in the action on the July 25, 2006.

Respectfully Submitted,

Percio Antonio Reynoso
Reg. No. 04986-070
Giles W. Dalby Correctional Fac.
805 North Ave F
Post, Texas 79356.

Dated: August 03, 2006.