UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

August 10, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CA 04-513ML
Reynoso v. USA CCA# ____________________

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries together with the appeal cover sheet and case file.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ____________________
John Duhamel
Deputy Clerk

Enc.: civil case file CA 04-513ML;
related criminal case file CR 01-129ML, incl. original transcripts: Doc. Nos. 20, 54 [2 vols], 56, 58, 59 [5 vols], 60 [2 vols],62, 66;
certified docket.

Forwarded to USCA in two boxes.