UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
BOSTON, MASSACHUSETTS

PRO SE

2006 SEP 21 P 2:44

FILED IN CLERKS OFFICE
U.S. COURT OF APPEALS
FOR THE FIRST CIRCUIT

PERCIO ANTONIO REYNOSO )
Appellant )
V. )
UNITED STATES OF AMERICA )
Appellee )

Appeals Court Cause No. 06-2202

CAP

**MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**

COPY

To the Honorable Justice of the Court of Appeal:

Come now Percio Antonio Reynoso, Appellant in the above styled and numbered cause, and respectfully moves, Pursuant to U.S.C.A. Sec. 1915, and Fed. R. App. P. 24 For an order creating leave to appeal in forma Pauperis the United States District Court Judgement entered on August 9, 2006 in cause Number 04-513ML from the United States District Court of Rhode Island, without prepayment of cost and fees, and without giving security therefore.

Appellant in The District Court proceeding in his motion to Vacate and Set Aside sentence pursuant to Sec. 2255 proceeded in Forma Pauperis.

The attached affidavit is filed in support of this motion.

Date: September 15, 2006

Respectfully Submitted:

[signature]

Percio Antonio Reynoso
Reg. No. 04986-070
805 North Ave. F
Post, TX 79356.

## CERTIFICATE OF SERVICE

I hereby crtify that true and correct copy of the foregoing motion for Leave to Appeal in Forma Pauperis and attached (Affidavit) was served on Mr. Donald Lockhart, Assistant U.S. Attorney,50 Kennedy Plaza, Providence, Rhode Island 02903-1779 by United States mail, first class pre-paid postage on Sep. 15, 2006.

Tercio Antonio Reynoso
Reg. No. 04986-070
805 North Ave F
Post, TX 79356.