CA: 04-513 J. Lisi

# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-2202

PERCIO ANTONIO REYNOSO,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Boudin, Chief Judge,
Selya, Circuit Judge,
and Stahl, Senior Circuit Judge.

---

JUDGMENT

Entered: December 8, 2006

Pro se Petitioner Percio Antonio Reynoso requests a certificate of appealability (COA) from the district court's denial of his writ of habeas corpus under 28 U.S.C. §2255. After reviewing the record, we conclude that petitioner has failed to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). The district court's denial of his habeas claims is not debatable among reasonable jurists. Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000). Moreover, petitioner's claims pursuant to United States v. Booker, 543 U.S. 220 (2005) and Apprendi v. New Jersey, 530 U.S. 466 (2000) cannot be reviewed collaterally in a §2255 petition. *See* Cirilo-Munoz v. United States, 404 F.3d 527, 533

(1st Cir. 2005); Sepulveda v. United States, 330 F.3d 55, 63 (1st Cir. 2003).

Accordingly, petitioner's request for a COA is denied and his appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JAN 29 2007

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.

[cc: Percio Antonio Reynoso, Donald Lockhart, AUSA]